**Motion Granted; Order filed October 11, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00509-CR
_____

**REYNALDO LAFAYETTE JELKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1247846**

## ABATEMENT ORDER

Appellant filed a motion requesting this court to abate for correction of a clerical error in the judgment. The motion is granted; accordingly, we issue the following order:

This appeal is abated to permit the parties an opportunity to file a motion for judgment nunc pro tunc. In the event a motion is filed, the judge shall order the trial clerk to forward a supplemental record to this court containing the motion and ruling on the motion including a judgment nunc pro tunc if such a judgment is entered. The record shall be filed with the clerk of this court on or before **November 13, 2012.**

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the Court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing in compliance with this Court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.


PER CURIAM